IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JASON MORGAN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00766-SWW |
| | * | |
| | * | |
| JANTRAN, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

A settlement having been reached, the motion [doc.#12] of the plaintiff to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 8th day of February 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE